1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    FRED DWAYNE GILBERT,

11               Petitioner,                    No. CIV S-09-2897 DAD P

12        vs.

13    GARY SWARTHOUT, Warden,

14               Respondent.              <u>ORDER</u>

15    _____/

16               Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18    pauperis.

19               Examination of the in forma pauperis application reveals that petitioner is unable

20    to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21    granted.  <u>See</u> 28 U.S.C. § 1915(a).

22               Since petitioner may be entitled to relief if the claimed violation of constitutional

23    rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

24               In accordance with the above, IT IS HEREBY ORDERED that:

25               1.  Petitioner's October 16, 2009 application to proceed in forma pauperis (Doc.

26    No. 2) is granted;

1

2.  Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

5.  The Clerk of the Court shall serve a copy of this order, a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: November 6, 2009.


DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gilb2897.100

2